# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CV 19-1295-PJW | | Date | May 1, 2019 |
| Title | Melvin Avila v. Kiweit Corporation, et al. | | | |

Present: The Honorable — Patrick J. Walsh, United States Magistrate Judge

| Isabel Martinez | Court Smart 5/1/19 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Howard Scott Leviant | Arthur J. Rooney |
| | Michael David Hidalgo |

**Proceedings:** Plaintiff's Motion to Remand; Defendants' Motion to Dismiss

    The case is called and appearances are made. The Court heard argument and took the matter under submission.