JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| MELVIN AVILA,<br><br>    Plaintiff,<br><br>v.<br><br>KIEWIT CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:19-cv-1295-SK<br><br>**JUDGMENT** |

In accordance with the Order Dismissing Action for Lack of Prosecution, IT IS ADJUDGED that this action is DISMISSED.

Dated:  July 7, 2023

STEVE KIM
United States Magistrate Judge